UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    v.                        )<br>                              )<br>DANA LOCKWOOD,                )<br>                              )<br>            Defendant.        ) | INFORMATION CR05-73 DWF<br><br>(29 U.S.C. § 501(c)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

From 2001 to approximately October 2003, in the State and District of Minnesota, the defendant,

**DANA LOCKWOOD,**

while employed by the International Association of Heat and Frost Insulators and Asbestos Workers, Local 49, Duluth, Minnesota, a labor organization engaged in an industry affecting commerce, did knowingly embezzle funds of said labor organization in the approximate amount of $64,253.55; all in violation of Title 29, United States Code, Section 501(c).

Respectfully submitted,

Dated: March 8, 2005

THOMAS B. HEFFELFINGER
United States Attorney

BY: FRANK J. MAGILL, JR.
Assistant U.S. Attorney
Attorney ID No. 168476

SCANNED
MAR 0 8 2005
U.S. DISTRICT COURT ST. PAUL